HONORABLE JUDGE MARSHA J. PECHMAN
MAGISTRATE JUDGE THERESA L. FRICKE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| WENDELL MAURICE CLARK,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SCOTT SPEER,<br><br>　　　　　Respondent. | NO. 3:24-cv-06036-MJP-TLF<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |

The Court, having considered the unopposed motions for extensions of time, and the records and files herein, does hereby find and ORDER:

　　　The motions for extensions of time to file an answer to the habeas corpus petition are GRANTED. Dkt. 9, 10. Respondent's answer is due April 4, 2025. Petitioner's response to the answer is due no later than April 25, 2025.

　　　DATED this  24  day of March  2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THERESA L. FRICKE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge