1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
9                                  AT TACOMA

10

11    WENDELL MAURICE CLARK,                CASE NO. 3:24-cv-06036-DGE-TLF

                        Plaintiff,          ORDER ON MOTION FOR
12            v.                            EXTENSION OF TIME TO FILE
                                            OBJECTIONS TO REPORT AND
13    SCOTT SPEER,                          RECOMMENDATION (DKT. NO.
                                            28)
14                      Defendant.

15

16        This matter comes before the Court on Petitioner Wendell Maurice Clark's motion for

17   extension of time to file objections (Dkt. No. 28) to the Report and Recommendation ("R&R")

18   issued by Judge Theresa L. Fricke on November 4, 2025 (Dkt. No. 27).  The current deadline for

19   Petitioner to file his objections is November 19.  (*Id.*)  Petitioner states fourteen days is "an

20   inadequate amount of time" for him to file his objections and requests a 45-day extension.  (Dkt.

21   No. 28 at 1.)  Petitioner does not identify why he requires 45 days to submit his objections;

22   however, the Court finds it is not unreasonable to grant Petitioner a 30-day extension.  Therefore,

23

24

ORDER ON MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND
RECOMMENDATION (DKT. NO. 28) - 1

1    the Court GRANTS Petitioner's motion (Dkt. No. 28) ORDERS him to file his objections to

2    Judge Fricke's R&R (Dkt. No. 27) on or before **December 19, 2025**.

3         The Clerk is directed to calendar this event.

4

5         Dated this 17th day of November 2025.

6

7

         David G. Estudillo
8         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND
RECOMMENDATION (DKT. NO. 28) - 2